UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MARTIN, as Personal Representative
of the estate of DARLENE MARTIN,
Deceased,

       Plaintiff,                                              Case Number 17-11845

v.                                                     Honorable David M. Lawson

MICHIGAN DEPARTMENT OF
CORRECTIONS, LT. MICHAEL NELSON,
SGT. EARL FISHER, OFFICER DANITRA
CALLINGTON, OFFICER WANDA
LOWE, OFFICER TRACI MAUPINS,
OFFICER SAMANTHA MASON,
OFFICER PAUL McPHERSON,
OFFICER RENIKA McQUEEN,
OFFICER KRISTIN POTTER,
CORIZON HEALTH, INC.,
MHM CORRECTIONAL SERVICES, INC.,
MHM SERVICES, INC., JUAN GARBINSKI,
MSW, MARGARET A. GETTY, MA,
INEZ B. PORTER, LMSW,
VINCENT PERNELL, MD, KATHERINE
HAMMONS, RN, PENNIE LOTT, RN, KELLY
M. McDONNELL, RN, WARREN MILLICENT,
DAVID JOHNSON, BEVERLY SMITH,
SGT. ANDREWS, SHANNON BASS,
DIANNA CALLAHAN, LASHAWNA DONALD,
VINCENT GAUCI, ALEXIA JOHNSON,
LT. THOMAS LENGYEL, CO KITTIE
PAUL-TWITTY, SGT. ROE,
CO R'KIA TAYLOR, AUC DENISE
ARMSTRONG, CLAIRE PEI, and
CO TAMMY YOUNG,
Jointly and Severally,

       Defendants.
_____/

**STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT**
**VINCENT PERNELL, M.D., ONLY**

- 2 -

Based on the stipulation of the parties,

It is **ORDERED** that Vincent Pernell, M.D., only, be **DISMISSED** from the above-captioned matter **WITH PREJUDICE** and **WITHOUT COSTS**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   October 3, 2019

Stipulated to by:

s/Todd J. Weglarz
Todd J. Weglarz
Fieger, Fieger, Kenney & Harington, PC
19390 West 10 Mile Road
Southfield, MI 48075
United Sta
248-355-5555
Fax: 248-355-5148
Email: tweglarz@fiegerlaw.com
Attorney for the plaintiff

s/Dale Robinson
Dale Robinson
Rutledge, Manion,
Fort Washington Plaza
Suite 1600
333 West Fort Street
Detroit, MI 48226
313-965-6100
Email: drobinson@rmrtt.com
Attorney for MHM Correctional Services, MHM Services,
and Vincent Pernell